## UNITED STATES of America, Plaintiff–Appellee,

v.

## Francisco HARRISON–IBARRA, Defendant–Appellant.

### No. 11–10062.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

James Elwood McGhee, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jill Elaine Thorpe, Tucson, AZ, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Francisco Harrison–Ibarra appeals from the 30–month sentence imposed following his guilty-plea conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Harrison–Ibarra contends that the district court failed to consider his policy-based objections to the 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii), and that his sentence is substantively unreasonable. The district court did not procedurally err and Harrison–Ibarra's sentence, 16 months below the bottom of the Guidelines range, is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Valencia–Barragan,* 608 F.3d 1103, 1108–09 (9th Cir.2010) (affirming application of a 16–level enhancement based on a prior conviction for a crime of violence).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).